IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLIE MCCLAIN, JR.** | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-3213 |
| | : | |
| **THE BANK OF NEW YORK,** *et. al.* | : | |

## ORDER

**AND NOW**, this 29th day of April, 2010, upon consideration of the unopposed Motion of Defendants Wells Fargo Home Mortgage, Mark Oman, Caroline Schuster, Gerald L. Hassel, Jim Smith, and Bank of New York as Trustee for CWMBS 2006-R2 to Dismiss Plaintiff's Complaint (Document No. 17), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the complaint is **DISMISSED** as to the defendants Wells Fargo Home Mortgage, Mark Oman, Caroline Schuster, Gerald L. Hassel, Jim Smith, and Bank of New York as Trustee for CWMBS 2006-R2.

       /s/ Timothy J. Savage
       TIMOTHY J. SAVAGE, J.